PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                                          Crim No. 2:23CR00040

Jennifer Bacor

On June 14, 2021 the above named was placed on probation for a period of five years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2023.08.21 10:24:45 -07'00'

Briana Casey
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

So Ordered, this the 21st day of August, 2023!

Richard F. Boulware
United States District Judge